UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LONNIE MCWRIGHT | CIVIL ACTION NO. 08-215-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANTHONY BATSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 22nd day of May, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE